Leslie Swift and Another, Respondents, v. John E. G. Lamond, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Laura M. Brackett, Respondent, v. Valentine W. Smith and Another, as Executors, etc., of Josephine A. Dutcher, Deceased, Appellants.* (Appeal No. 2.) — Judgment modified by striking out the provision for the payment of $668.40 costs as taxed, and as so modified unanimously affirmed, without costs. Since there is no certificate by the trial judge certifying that the plaintiff's demand was duly presented and that the payment was unreasonably resisted or neglected, the court is without power to grant costs. (Civ: Prac. Act, § 1499; Scheu v. Blum, 119 App. Div. 825.) Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of Silvio A. Lanza, Respondent, for an Order of Mandamus against George J. Ryan, as President, Samuel Stern, Vice-President, and Others, as Members of the Board of Education of the City of New York, and Others, Appellants.— Peremptory order of mandamus reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. The only issue of fact in this case was: Was petitioner a substitute teacher of physics or was he a laboratory assistant? The finding in favor of the former was against the weight of the evidence. If petitioner was a laboratory assistant, then he was not entitled to any credit for services rendered in teaching in order to procure his license as a teacher of physics. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.